[No. 72963-2-I.   Division One.   July 18, 2016.]

*In the Matter of the Marriage of* CHANDLER H. RIKER, *Respondent*, and MONIQUE HETRICK RIKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-11063-0, Douglass A. North, J., entered December 17, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Trickey, J.

[No. 73011-8-I.   Division One.   July 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY CHARLES NESKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01847-7, Dean Scott Lum, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Leach, JJ.

[No. 73147-5-I.   Division One.   July 18, 2016.]

JAMES HOPKINS, JR., *Appellant*, v. SEATTLE PUBLIC SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-37271-1, Judith H. Ramseyer, J., entered February 9, 2015. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Cox, JJ. Now published at 195 Wn. App. 96.

[No. 73943-3-I.   Division One.   July 18, 2016.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. HOWARD S. WRIGHT CONSTRUCTORS LP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-26275-2, Mariane C. Spearman, J., entered August 18, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, C.J., and Schindler, J.